UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARY LOUISE PAPPAS,                    :        CIV.  ACTION NO.

VS.                                    :

THE AMERICAN DRILLING
COMPANY, LLC                           :        MARCH  8, 2006

## COMPLAINT AND STATEMENT OF JURISDICTION AND VENUE

COUNT ONE.

1.  Mary Louise Pappas is an individual who resides in Washington, Connecticut.

2.  The American Drilling Company, LLC, is a Delaware limited liability company with its principal place of business in Hawthorne, California.

3.  This Court has jurisdiction pursuant to 28 U.S.C. § 1332 in that there is more than $75,000.00 at issue and there is diversity of citizenship of the parties.

4.  Venue is proper in Connecticut in that The American Drilling Company, LLC solicited investors in the State of Connecticut and the facts upon which this Complaint is based either occurred in or were intended to have an effect in the State of Connecticut.

5.  From June 30, 1995 until 1999, Mary Louise Pappas was the owner of 580,000 shares of South Coast Oil Corporation, a California corporation holding significant and valuable oil wells and drilling rights in the State of California.

6.  Pursuant to a transaction in 1999, Mary Louise Pappas' shares in South Coast Oil Corporation were exchanged for membership interests in The American Drilling Company, LLC

("American Drilling").  Mrs. Pappas also caused $ 50,000 to be transferred to American Drilling by The Florida Realty Trust.

7.  As of December 31, 1999, Mary Louise Pappas and The Florida Realty Trust collectively owned 9.46% of American Drilling.

8.  In 2003, the Florida Realty Trust assigned its interest in American Drilling to Mary Louise Pappas.  Accordingly, as of June 2003, Mary Louise Pappas owned 9.46% of American Drilling.

9.  According to the K-1 for American Drilling, American Drilling now claims that Mary Louise Pappas owns only 5.046% of American Drilling, a drop in over 4% of her interest in American Drilling.  During that time period, Mrs. Pappas has not pledged, transferred or assigned any portion of her membership interest in American Drilling.

10.  By letter dated November 16, 2005 (attached as Exhibit A), Mrs. Pappas specifically requested a copy of the Operating Agreement of American Drilling.  Despite her demand for such Agreement, American Drilling has refused to provide a copy of the Agreement.

11.  Pursuant to 6 Del. C. § 18-305(a)(4) Mrs. Pappas is entitled to "a copy of any written limited liability company agreement and certificate of formation and all amendments thereto, together with any executed copies of any written powers of attorney pursuant to which the limited liability company agreement and any certificate and all amendments thereto have been executed."

12.  Pursuant to 6 Del. C. § 18-305, Mrs. Pappas is entitled to a copy of that Operating Agreement immediately.

COUNT TWO

    1 – 12.  The plaintiff realleges and incorporates by reference as if fully stated herein, paragraphs 1 – 12 of the First Count.

    13.  As a limited liability company American Drilling and its management owe a fiduciary duty to Mrs. Pappas.

    14.  By improperly diluting Mrs. Pappas' interest in American Drilling without providing information concerning the dilution and the basis thereof, American Drilling has breached its fiduciary duty to its member Mrs. Pappas.  Upon information and belief, the 4.414% reduction in Mrs. Pappas' share in American Drilling is worth well in excess of $75,000.00.

WHEREFORE, the Plaintiff, Mary Louise Pappas claims:

1.     Damages;

2.     An order compelling production of the Operating Agreement pursuant to 6 Del. C. § 18-305(a)(4); and

3.     Such other legal or equitable relief as the Court may deem appropriate.

MARY LOUISE PAPPAS

BY _____
Jeffrey Hellman ct04102
Zeisler & Zeisler, P.C.
558 Clinton Avenue
Bridgeport, Ct 06605
(203) 368-4234
jhellman@zeislaw.com

# ZEISLER & ZEISLER, P.C.

### ATTORNEYS AT LAW

### 558 CLINTON AVENUE

### P.O. BOX 3186

### BRIDGEPORT, CONNECTICUT 06605-0186

RICHARD D. ZEISLER
JAMES G. VERRILLO
JAMES BERMAN
CRAIG I. LIFLAND [1]
JED HORWITT [2]
MATTHEW K. BEATMAN
JEFFREY R. HELLMAN [3]
LAWRENCE S. GROSSMAN
STEPHEN M. KINDSETH
JOHNPATRICK C. O'BRIEN
COLEEN HURLIE-DUNN

[1] ALSO ADMITTED NEW YORK AND FLORIDA
[2] ALSO ADMITTED NEW YORK
[3] ALSO ADMITTED PENN. & MASS.

LOUIS J. TESTA [4]
GREGORY B. SCHILLER
NICOLE L. BARBER [5]
JEFFREY M. SKLARZ
KELLIANNE T. CHANCEY

ROBERT M. ZEISLER*

[4] ADMITTED NEW YORK ONLY
[5] ALSO ADMITTED NEW YORK AND ILLINOIS
* RETIRED

(203) 368-4234
FACSIMILE (203) 367-9678
E-MAIL: contact@zeislaw.com
www.zeislaw.com

November 16, 2005

SENT VIA FED-EX AND CERTIFIED MAIL

The American Drilling Company, LLC
3929 West 149th Street
Hawthorn, CA 90250-8305
ATTN: Kathy Murray

Dear Ms. Murray:

I represent Mary Louise Pappas, a member of the above referenced LLC. Mrs. Pappas has viewed the K1s supplied by the company over the last several years and noticed that her percentage interest in the LLC appears to have diminished dramatically. Please explain how her interest has been diluted. We would also like to request a copy of the Operating Agreement for the LLC so that we may determine whether Mrs. Pappas' rights have been protected. Finally, we request a list of members and their percentage interests in the LLC for each year since the inception of the LLC.

Thank you for your anticipated cooperation.

Very truly yours,

Jeffrey Hellman

JRH/dz
cc: Mary Louise Pappas

7004 2510 0005 0368 7617