

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARY LOUISE PAPPAS, | : | CIV. ACTION NO. |
| VS. | : | 3:06cv00355 (WWE) |
| THE AMERICAN DRILLING COMPANY, LLC | : | NOVEMBER 10, 2006 |

## JUDGMENT

After a hearing in damages conducted on October 25, 2006, the Court finds that Plaintiff has proven that she has suffered damages of $275,689.76.

Thus, Judgment shall enter for the Plaintiff, Mary Louise Pappas against the Defendant The American Drilling Company, LLC in the amount of $275,689.76.

_____
The Honorable Warren W. Eginton,
United States Senior District Court Judge

Dated at Bridgeport, CT on this 1st day of December, 2006.